UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUDY BELL, et al.,<br><br>                Plaintiffs,<br>v.<br>RALPH'S GROCERY STORE, et al.,<br><br>                Defendants. | Case No. 2:17-cv-02790-JAD-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 10) |

This matter is before the court on the Substitution of Attorneys (ECF No. 10). John P. Aldrich of the Aldrich Law Firm, Ltd. seeks leave to be substituted in the place of Edward J. Achrem of the Law Offices of Edward J. Achrem & Associates for plaintiffs. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 10) is **GRANTED**.
2. John P. Aldrich of the Aldrich Law Firm, Ltd. is substituted in the place of Edward J. Achrem of the Law Offices of Edward J. Achrem & Associates for plaintiffs subject to the provisions of LR IA 11-6(c) and (d).

DATED this 5th day of January, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE