SAO
JOSH COLE AICKLEN
Nevada Bar No. 007254
 Email: josh.aicklen@lewisbrisbois.com
SHARON A. PARKER
Nevada Bar No. 008274
 Email: sharon.parker@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL.: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*SMART & FINAL STORES LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDY BELL and JAMES BELL,<br><br>Plaintiffs,<br><br>vs.<br><br>RALPH'S GROCERY COMPANY, SMART & FINAL STORES LLC, DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02790-JAD-PAL<br><br>STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT IN ITS ENTIRETY WITH PREJUDICE AGAINST DEFENDANTS RALPH'S GROCERY COMPANY, SMART & FINAL STORES LLC<br><br>ECF No. 15 |

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs JUDY BELL and JAMES BELL's Complaint in its entirety is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

///
///
///
///
///
///

4850-0413-9113.1

| | |
|---|---|
| DATED this 19 day of June, 2018. | DATED this ____ day of June, 2018. |
| ALDRICH LAW FIRM, LTD. | COOPER LEVENSON, P.A. |
| By /s/ *signature* <br>John P. Aldrich, Esq. <br>Catherine Hernandez, Esq. <br>1601 S. Rainbow Blvd., Suite 160 <br>Las Vegas, NV 89146 <br>Tel: (702) 853-5490 <br>*Counsel for Plaintiffs* <br>*JUDY BELL and JAMES BELL* | By ____ <br>Jerry S. Busby, Esq. <br>R. Scott Rasmussen <br>1835 Village Center Circle <br>Las Vegas, Nevada 89134 <br>Tel: (702) 366-1125 <br>*Counsel for Defendant Ralph's Grocery Company d/b/a FOOD 4 LESS* |

DATED this ____ day of June, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By ____
JOSH COLE AICKLEN
Nevada Bar No. 007254
SHARON A. PARKER
Nevada Bar No. 008274
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant*
*SMART & FINAL STORES LLC*

| | |
|---|---|
| DATED this ____ day of June, 2018.<br><br>ALDRICH LAW FIRM, LTD.<br><br><br>By _____<br>   John P. Aldrich, Esq.<br>   Catherine Hernandez, Esq.<br>   1601 S. Rainbow Blvd., Suite 160<br>   Las Vegas, NV 89146<br>   Tel: (702) 853-5490<br>   *Counsel for Plaintiffs*<br>   *JUDY BELL and JAMES BELL* | DATED this 20th day of June, 2018.<br><br>COOPER LEVENSON, P.A.<br><br><br>By   /s/ Jerry S. Busby<br>   Jerry S. Busby, Esq.<br>   R. Scott Rasmussen<br>   1835 Village Center Circle<br>   Las Vegas, Nevada 89134<br>   Tel: (702) 366-1125<br>   *Counsel for Defendant Ralph's Grocery*<br>   *Company d/b/a FOOD 4 LESS* |

DATED this 20th day of June, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP


By   /s/ Josh Cole Aicklen
   JOSH COLE AICKLEN
   Nevada Bar No. 007254
   SHARON A. PARKER
   Nevada Bar No. 008274
   6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
   Tel. 702.893.3383
   *Attorneys for Defendant*
   *SMART & FINAL STORES LLC*

## ORDER

    Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 21, 2018

4850-0413-9113.1

2